**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JONATHON EDWARD WASHINGTON, | ) | NO. ED CV 18-0061-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN JOHN SUTTON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 28, 2019

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE